IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALICE N. MORRIS, ) | |
| ) | Case No. 1:22-cv-01707-CL |
| Plaintiff, ) | |
| v. ) | |
| ) | **JUDGMENT** |
| ASANTE HEALTH SYSTEM, an Oregon ) | |
| Corporation, et al., | |
| Defendant. ) | |

    Judgment is entered in accordance with the Opinion and Order [95]. Judgment shall be entered for the defendants.

    DATED this 25th day of June, 2025.

                                                      /S/ Mark D. Clarke
                                                      MAGISTRATE JUDGE MARK D. CLARKE